IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS ROSS, on behalf of himself and all others similarly situated : | CIVIL ACTION |
| v. : | NO. 23-2435 |
| COMMUNITY HEALTH SYSTEMS, INC. and CHSPSC, LLC : | |

**<u>ORDER</u>**

AND NOW, this 4th day of December, 2023, upon consideration of Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41.1(a)(1)(A)(i), it is hereby ORDERED that Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or to Transfer Venue and Defendant CHSPSC, LLC's Motion to Stay Deadline to Respond to Amended Complaint (Document Nos. 12 and 13) are DENIED AS MOOT.

IT IS FURTHER ORDERED that the Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,        C.J.